DAVID A. JUHNKE, ESQ. #93932
Email: DJuhnke@sjlmlaw.com
ROGER B. FREDERICKSON, ESQ. #161773
Email: RFrederickson@sjlmlaw.com
SINSHEIMER JUHNKE LEBENS & McIVOR, LLP
1010 Peach Street
Post Office Box 31
San Luis Obispo, California 93406
Telephone: (805) 541-2800
Facsimile: (805) 541-2802

JS-6

Attorneys for Plaintiff
SHOPATRON, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOPATRON, INC., | Case No. CV 07-7116 PA (CTx) |
| Plaintiff, | **ORDER DISMISSING ACTION PURSUANT TO SETTLEMENT AGREEMENT** |
| v. | **(F.R.Civ.P., rule 41(a)(2))** |
| RESHARE CORPORATION, and DOES 1-10, | |
| Defendants. | |

Upon Stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. The action is dismissed without prejudice, pursuant to the Settlement Agreement attached as Exhibit 1 to the Stipulation re Dismissal and incorporated by reference into the Stipulation and this Order.

Dated: March 8, 2008

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

O:\PA\ECF Ready\Shopatron OrdStipReDism-021208.wpd

1

**ORDER DISMISSING ACTION PURSUANT TO SETTLEMENT AGREEMENT**